UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAZA HOME MORTGAGE, INC., a California corporation,<br><br>  Plaintiff,<br><br>v.<br><br>AUTOMATED DATA PROCESSING, INC., a Delaware corporation doing business as ADP, LLC,<br><br>  Defendant. | Case No.: 3:20-cv-1352-WQH-DEB<br><br>**ORDER** |

HAYES, Judge:

  Having considered the Joint Motion for dismissal of the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and Local Civil Rule 7.2 (ECF No. 45), filed jointly by Plaintiff Plaza Home Mortgage, Inc. and Defendant ADP, Inc. (erroneously named as AUTOMATED DATA PROCESSING, INC., a Delaware corporation), and for good cause appearing therefor,

///

///

///

IT IS HEREBY ORDERED that the Joint Motion (ECF No. 45) is granted. This action is DISMISSED WITH PREJUDICE in its entirety. Each party shall bear its own costs, expenses, and attorney's fees incurred in the prosecution or defense of its respective claims, counterclaims, and defenses. The Clerk of the Court shall close the case.

Dated: April 28, 2022

Hon. William Q. Hayes
United States District Court